1  Cris C. Vaughan, Esq., SBN 99568
   VAUGHAN & ASSOCIATES
2  6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378

5  Attorney for Plaintiff, Mercedes Escandon

6  Allan J. Cory, Esq., SBN 224289
   LAW OFFICE OF ALLAN J. CORY
7  740 4th Street
   Santa Rosa, CA 95404
8  Telephone: 707-527-8810
   Facsimile: 707-569-1547
9  Attorney for Defendants, 3GP, LLC; G & M Productions, LLC and Gianni Messmer

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  Mercedes Escandon,                 )  Case No.: 3:13-cv-05833-RS
                                       )
15          Plaintiff,                 )  **STIPULATION FOR DISMISSAL
                                       )  PURSUANT TO F.R.CIV.P. 41 (a) (1); &
16      v.                             )  [PROPOSED]ORDER THEREON**
                                       )
17  3GP, LLC, a California limited liability company; )
    G & M Productions, LLC, a California limited      )
18  liability company; Gianni Messmer; and Does 1-    )
    50, inclusive,                     )
19                                     )
            Defendants.                )
20  _____

21
                              **STIPULATION**
22
        IT IS STIPULATED by and between the parties hereto that this action may be dismissed with
23
    prejudice as to all parties; each party to bear his/its own attorneys' fees and costs.  This stipulation is
24
    made as to the result of the settlement of the action.
25
    Dated: November 14, 2014           VAUGHAN & ASSOCIATES
26

27                                     By:  __/s/ Cris C. Vaughan_____
                                            Cris C. Vaughan
28                                          Attorney for Plaintiff

Stipulation for Dismissal              -1-                   3:13-cv-05833-RS

| | | |
|---|---|---|
| 1 | Dated: November 25, 2014 | LAW OFFICE OF ALLAN J. CORY |
| 2 | | |
| 3 | | By:   /s/  Allan J. Cory |
| | | Allan J. Cory, |
| 4 | | Attorney for Defendants |

[~~Proposed~~] Order

IT IS HEREBY ORDERED that the complaint of plaintiff in this matter is dismissed with prejudice in its entirety.

Dated: __12/1__, 2014

/s/ Richard Seeborg
United States District Judge